IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LARON GRIFFIN,
ADC #163638                                                                                                               PLAINTIFF

V.                     CASE NO. 2:19-CV-70-JM-BD

JAMES ANDREWS, *et al*.                                                                      DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition (Recommendation) from Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections received thereto, and a *de novo* review of the record, Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motion for partial summary judgment (docket entry #17) is GRANTED. Mr. Griffin's claims against Defendant Andrews, Crawford, and Sykes are DISMISSED, without prejudice, based on his failure to fully exhaust his administrative remedies. The Clerk is instructed to terminate Defendants Andrews, Crawford, and Sykes as party Defendants.

IT IS SO ORDERED, this 19th day of November, 2019.

                                                                                 _____
                                                                          UNITED STATES DISTRICT JUDGE