IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LARON GRIFFIN,**
**ADC #163638**                                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 2:19-CV-70-JM-BD**

**JAMES ANDREWS,** *et al*.                                                                **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.   Procedure for Filing Objections

This Recommendation for dismissal has been sent to Judge James M. Moody Jr. Any party may file written objections with the Clerk of Court if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. Parties who do not file objections risk waiving their right to appeal questions of fact. And, if no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.

### II.   Discussion

Laron Griffin, an Arkansas Division of Correction inmate, filed this civil rights lawsuit without the help of a lawyer. He claims that Defendants violated his rights by failing to protect him from a sexual assault committed by a fellow inmate. (Docket entry #2)

On January 30, 2020, Defendants moved for an order compelling Mr. Griffin to respond to discovery requests. (#36) The same day, the Court granted the motion and ordered Mr. Griffin to file responses to the Defendants' discovery requests with the Court within 30 days. (#37) The Court cautioned Mr. Griffin that his failure to file responses, as ordered, would likely result in the dismissal of his claims, without prejudice. Local Rule 5.5(c). To date, Mr. Griffin has not filed discovery responses, and the time for doing so has passed.

### III.  Conclusion

The Court recommends that Mr. Griffin's claims be DISMISSED, without prejudice, based on his failure to comply with this Court's January 30, 2020 Order and his failure to prosecute this lawsuit.

DATED this 2nd day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE