IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

LARON GRIFFIN,
ADC #163638                                                                               PLAINTIFF

V.                         CASE NO. 2:19-CV-70-JM-BD

JAMES ANDREWS, *et al*.                                                         DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere. Mr. Griffin has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Griffin's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's January 30, 2020 Order and his failure to prosecute this lawsuit.

IT IS SO ORDERED this 20th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE