# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

LARON GRIFFIN,
ADC #163638                                                                                    PLAINTIFF

V.                          CASE NO. 2:19-CV-70-JM-BD

JAMES ANDREWS, *et al*.                                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 20th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE